E-FILED: 06/22/2010

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CV 10-4405-GHK |
|---|---|---|
| | ) | CR 06-545-GHK |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER REQUIRING RETURN |
| | ) | |
| MOKEY MOSE, | ) | TO § 2255 MOTION |
| | ) | |
| Defendant. | ) | |

Based upon Defendant's Motion to Vacate, Set Aside, or Correct Sentence, filed herein, and good cause appearing:

IT IS HEREBY ORDERED that the United States Attorney file a return to the motion on/or before July 13, 2010, accompanied by all records, and that a copy of the return be served upon defendant prior to the filing thereof.

NO EXTENSIONS OF TIME WILL BE GRANTED EXCEPT FOR GOOD CAUSE SHOWN UNDER EXTRAORDINARY CIRCUMSTANCES.

IT IS FURTHER ORDERED that if the defendant desires to file a traverse to the return, he shall do so by August 3, 2010, setting

/ / /

forth separately: (a) his admission or denial of any new factual allegations of the return, and (b) any additional legal arguments.

IT IS FURTHER ORDERED that if any pleading or other paper submitted to be filed and considered by the court does **not** include a certificate of service upon plaintiff, or counsel for plaintiff, it will be stricken from this case and disregarded by the court.

DATED: June 22, 2010.

_____
GEORGE H. KING
United States District Judge